UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

United States of America

vs                                                          5:05-cr-484

Andrew Marmuscak

---

# RECOMMENDATION and ORDER

Upon evaluation by the Bureau of Prisons as to the defendant's eligibility for placement in the Residential Drug Treatment Program, as previously recommended, it is further recommended that the defendant be designated to a facility as close to his family as possible.

**IT IS SO ORDERED.**

July 21, 2006
Syracuse, New York

Frederick J. Scullin, Jr.
Senior United States District Court Judge